AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| HENRY KEOUA MCKEAGUE | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 08-00571 ACK-KSC |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| RENE MATSUURA, CEO, Honolulu Police Federal Credit Union, and RODNEY L. BAPTISE, JR., Operations Manager, Honolulu Police Federal Credit Union | January 12, 2009<br><br>At 4 o'clock and 00 min p.m.<br>SUE BEITIA, CLERK |
| Defendant(s). | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is entered. The action is hereby DISMISSED without prejudice pursuant to the " ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE AND DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS" filed on January 12, 2009.

| | |
|---|---|
| January 12, 2009 | SUE BEITIA |
| Date | Clerk |
| | /s/ Sue Beitia by EPS |
| | (By) Deputy Clerk |